[No. 29476. *En Banc.* September 14, 1945.]

MARY K. HOFF, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES *et al., Respondents.*[1]

*John Geisness* and *L. B. Sulgrove,* for appellant.

*The Attorney General* and *L. E. O'Neill, Assistant,* for respondent Department of Labor and Industries.

*Laube & Laughlin, Little, Leader, LeSourd & Palmer, Hulbert, Helsell & Paul,* and *L. B. Donley,* for respondent St. Paul & Tacoma Lumber Company.

PER CURIAM.—The issues presented to this court in the above-entitled action being identical with those presented in the case of *Barlia v. Department of Labor & Industries, ante* p. 126, 160 P. (2d) 503, decided June 21, 1945; and the parties to this action, through their respective attorneys, having by stipulation in writing filed herein September 6, 1944, agreed that in this cause an order may be entered in accordance with the decision of this court in the case above referred to; and the court being fully advised in the premises, pursuant to the stipulation above referred to; and following the opinion of this court in the case of *Barlia v. Department of Labor & Industries, supra:*

IT IS ORDERED that the judgment in this cause brought before us for review upon appeal of the appellant herein be and the same is hereby affirmed.

[1]Reported in 161 P. (2d) 669.